**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**MARC LEWIS,**

                **Plaintiff,**

       v.                                           **9:12-CV-00268
                                                           (NAM/CFH)**

**MURPHY, Captain, Coxsackie Correctional
Facility; J. LEWIS, Corrections Counselor,
Coxsackie Correctional Facility; MATTHEWS,
Deputy Superintendent for Administration, Coxsackie
Correctional Facility; CHRISTOPHER MILLER,
Deputy Superintendent for Security, Coxsackie
Correctional Facility; ERIC G. GUTWEIN,
Commissioner Hearing Officer, N.Y.S., D.O.C.C.S.,**

                **Defendants.**
_____

**APPEARANCES:**                               **OF COUNSEL:**

MARC LEWIS
95-A-2837
Wyoming Correctional Facility
Post Office Box 501
Attica, New York 14011
Plaintiff *pro se*

HON. ERIC T. SCHNEIDERMAN            JOSHUA E. McMAHON, ESQ.
Attorney General for the                       Assistant Attorney General
 State of New York
The Capitol
Albany, NY 12224-0341
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Christian F. Hummel, duly filed on the 27th day of June 2014. Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 46) is granted and the Clerk shall enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: July 24, 2014
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge